

# IN THE
## TENTH COURT OF APPEALS

_____

## No. 10-11-00219-CR

## IN RE RANDY LYNN PENDERGRASS

_____

## Original Proceeding

## MEMORANDUM OPINION

Randy Lynn Pendergrass presented documents for filing in this Court requesting an order to produce records. By letter dated June 17, 2011, the Clerk of this Court notified Pendergrass that the proceeding was subject to dismissal because the Court was unable to determine what procedure Pendergrass was pursuing and what jurisdiction the Court had to compel the relief requested. Pendergrass was also warned that the proceeding would be dismissed unless, within 21 days of the date of the letter, a response was filed showing the ground or basis for the Court's jurisdiction of the issues Pendergrass presented.

More than 21 days have passed and Pendergrass has not responded. Accordingly, this proceeding is dismissed.


TOM GRAY
Chief Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Petition dismissed
Opinion delivered and filed July 20, 2011
Do not publish
[OT06]